AO 440 (Rev.8/01) Summons in a Civil Action

---

# UNITED STATES DISTRICT COURT

FILED
CLERKS OFFICE

District Court _____ OF MASSACHUSETTS

2004 JUN 24 A 11: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

## SUMMONS IN A CIVIL CASE

DAVID WHITNEY, JAMES WILLEY,
and JOHN MEDEIROS

V.                                    CASE NUMBER: 04-CV-10420-GAO

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, LOCAL 25 and UNITED
PARCEL SERVICES

TO: International Brotherhood of Teamsters, Local 25
544 Main Street
Charlestown, MA 02129

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Joseph G. Donnellan
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 6/15/2004

JUNE 21, 2004

## *QUICKSERV*
**ALLSTATE PROCESS SERVERS**

### RETURN OF SERVICE

*I this day summoned the within named* INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 25

*to appear as within directed by delivering to* SHEILA MCLAUGHLIN, MEDICAL RECORDS DEPT., 9:20 AM

**X**   *in hand*

*No.*   544 MAIN ST.
*in the* CHARLESTOWN   *District of said* SUFFOLK   *County an attested*
*copy of the* SUMMONS & FIRST AMENDED COMPLAINT

| | | |
|---|---|---|
| *Service and travel*   28 | | *it being necessary I actually used a motor vehicle in the distance of* 10 *miles in the service of this process* |
| *Paid Witness* | | |

*[signature]*
Process Server