AO 440 (Rev.8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District Court _____ OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 21 A 11:27

U.S. DISTRICT COURT
DISTRICT OF MASS.

DAVID WHITNEY, JAMES WILLEY,
and JOHN MEDEIROS

V.

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, LOCAL 25 and UNITED
PARCEL SERVICES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-CV-10420-GAO

TO:  United Parcel Services
     87 Brickkilm Road
     Chelmsford, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Joseph G. Donnellan
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 6/18/2004

JUNE 21, 2004

# QUICKSERV
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day summoned the within named* UNITED PARCEL SERVICES

*to appear as within directed by delivering to* VANNY POEY, OFFICE SUPERVISOR, 10:20 AM

**X**  *in hand*

*No.* 87 BRICKKILN ROAD
*in the* CHELMSFORD  *District of said* MIDDLESEX  *County an attested copy of the* SUMMONS & FIRST AMENDED COMPLAINT

*Service and travel*    28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of* 35 *miles in the service of this process*

_____
Process Server