SCANNED
DATE: 07/12/04
BY: SLY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID WHITNEY, JAMES WILLEY, and JOHN MEDEIROS,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 25<br><br>Defendant,<br><br>and<br><br>UNITED PARCEL SERVICE. INC.,<br><br>Defendant. | CIVIL ACTION<br>NO. 04-10420-GAO |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action on behalf of the Defendant International Brotherhood of Teamsters, Local 25.

Respectfully submitted,
Defendant, International
Brotherhood of Teamsters, Local 25
By its attorney,

*Kathleen A. Pennini*
Kathleen A. Pennini
BBO# 654573
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
One Center Plaza, Suite 360
Boston, MA 02108
617-723-9777

Date: July 9, 2004
f:\l25\whitney (usdc)\pldg\not.app.kap.doc:blg

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I sent a copy of the foregoing document with attachments, via first–class mail, to:

Joseph Donnellan
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

Elizabeth Kowal
Murtha Cullina, LLP
99 High Street
Boston, MA 02110-2320

Dated: July 9, 2004

_Kathleen A. Pennini_
Kathleen A. Pennini