UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID WHITNEY, JAMES WILLEY, and JOHN MEDEIROS,<br><br>  Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 25<br><br>  Defendant,<br><br>and<br><br>UNITED PARCEL SERVICE. INC.,<br><br>  Defendant. | CIVIL ACTION<br>NO. 04-10420-GAO |

## ASSENTED-TO MOTION TO EXTEND TIME
## TO FILE A RESPONSIVE PLEADING

Defendant, International Brotherhood of Teamsters, Local 25, (hereinafter "Local 25") by counsel, hereby requests an initial extension of time until July 30, 2004 for the Defendant to respond to Plaintiffs' First Amended Complaint. As reasons therefor, the Defendant states that given the allegations raised in the complaint, it requires additional time to adequately prepare its response and defenses to the complaint. Counsel for Local 25 has spoken with plaintiffs' counsel who indicated that he assents to Local 25's request for an extension.

Therefore, Local 25 respectfully requests that they be allowed to file their response to the Plaintiffs' complaint on or before July 30, 2004.

Respectfully submitted,
Defendant, International
Brotherhood of Teamsters, Local 25
By its attorney,

*/s/ Matthew E. Dwyer*

Matthew E. Dwyer
BBO# 139840
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
One Center Plaza, Suite 360
Boston, MA 02108
617-723-9777

Date: July 9, 2004
f:\l25\whitney (usdc)\pldg\mot.ext.time.file.responsive.pleading.doc:blg

## CERTIFICATE OF SERVICE

I, Matthew E. Dwyer, hereby certify that I sent a copy of the foregoing document with attachments, via first-class mail, to:

Joseph Donnellan
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

Elizabeth Kowal
Murtha Cullina, LLP
99 High Street
Boston, MA 02110-2320

*/s/ Matthew E. Dwyer*
Matthew E. Dwyer

Dated: July 9, 2004