UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID WHITNEY, JAMES WILLEY, and JOHN MEDEIROS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INTERNATIONAL BROTHERHOOD OF )<br>TEAMSTERS, LOCAL 25 and )<br>UNITED PARCEL SERVICE, INC. )<br>)<br>Defendants ) | CIV. ACTION NO: 04-10420-GAO |

**DEFENDANT UNITED PARCEL SERVICE INC.'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Pursuant to Fed. R. Civ. Proc. 12(b)(6), Defendant United Parcel Service Inc. ("UPS") moves this Court to dismiss Plaintiffs' Complaint against UPS. Based on Plaintiffs' allegations in his Complaint, Plaintiffs' action against UPS is untimely as the six-month statute of limitations for claims under Section 301 of the Labor Management Relations Act has long expired. Secondly, Plaintiffs have failed to exhaust the grievance procedure provided in the Collective Bargaining Agreement between their Union and UPS. Accordingly, Plaintiffs have failed to state a claim upon which relief may be granted. Therefore, UPS's motion should be granted and the action against UPS should be dismissed.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

UNITED PARCEL SERVICE, INC.
By its attorneys,

*[signature: Elizabeth A. Kowal]*

Michael C. Harrington – BBO #656144
  (Pro Hac Vice pending)
Elizabeth A. Kowal -  BBO #646326
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4000
ekowal@murthalaw.com
mharrington@murthalaw.com

DATED: July 16, 2004

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT ON THIS DAY A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/BY HAND.

DATE: 7/16/04  EAK

735012

-2-