UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID WHITNEY, JAMES WILLEY, and JOHN MEDEIROS,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 25 and UNITED PARCEL SERVICE, INC.<br><br>Defendants | CIV. ACTION NO: 04-10420-GAO |

## DEFENDANT UNITED PARCEL SERVICE INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(5) and (6), Defendant United Parcel Service Inc. ("UPS") moves this Court to dismiss Plaintiffs' Complaint against UPS. Based on Plaintiffs' allegations in their Complaint, Plaintiffs' failed to appropriately serve UPS and Plaintiffs' action against UPS is untimely as the six-month statute of limitations for claims under Section 301 of the Labor Management Relations Act has long expired. Accordingly, Plaintiffs have failed to state a claim upon which relief may be granted. Therefore, UPS's motion should be granted and the action against UPS should be dismissed.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

-2-

                                    UNITED PARCEL SERVICE, INC.
                                    By its attorneys,

                                    */s/ Elizabeth A. Kowal*

                                    Michael C. Harrington – BBO #656144
                                      (Pro Hac Vice pending)
                                    Elizabeth A. Kowal - BBO #646326
                                    Murtha Cullina LLP
                                    99 High Street
                                    Boston, MA 02110
                                    (617) 457-4000
DATED: July 20, 2004                  ekowal@murthalaw.com
                                    mharrington@murthalaw.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by fax / by mail

DATE: July 20, 2004    /s/ EAK

---

735012