UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID WHITNEY, JAMES WILLEY, )
and JOHN MEDEIROS, )
)
Plaintiffs, )
) CIV. ACTION NO: 04-10420-GAO
v. )
)
INTERNATIONAL BROTHERHOOD OF )
TEAMSTERS, LOCAL 25 and )
UNITED PARCEL SERVICE, INC. )
)
Defendant )

## NOTICE OF APPEARANCE

Please take notice that the undersigned enters her appearance on behalf of Defendant United Parcel Service, Inc. in the above-entitled action.

Elizabeth A. Kowal, BBO #646326
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
phone: (617) 457-4000
fax: (617) 482-3868

Date: July 8, 2004

734754