UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID WHITNEY, JAMES WILLEY, )
and JOHN MEDEIROS, )
)
Plaintiffs, )
) CIV. ACTION NO: 04-10420-GAO
v. )
)
INTERNATIONAL BROTHERHOOD OF )
TEAMSTERS, LOCAL 25 and )
UNITED PARCEL SERVICE, INC. )
)
Defendant )

## MOTION TO EXTEND TIME FOR FILING REPONSIVE PLEADING

Defendant United Parcel Service, Inc. ("UPS") hereby moves to have the time to file a response to the Plaintiffs' complaint extended to July 16, 2004. As reasons therefore, UPS states that they received the complaint on June 21, 204 and counsel received it on July 6, 2004. Given the allegations raised in the complaint, UPS needs further time to adequately prepare its defense and response to the complaint. Counsel for UPS has spoken with counsel for the plaintiff who indicated that he did not oppose UPS' request for an extension.

Therefore, UPS respectfully requests that they be allowed to file their responsive pleading to the Plaintiff's complaint on or by July 16, 2004.

UNITED PARCEL SERVICE, INC.
By its attorney,

*Elizabeth Kowal*
Elizabeth A. Kowal, BBO#646326
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
(617) 457-4000

Dated: July 8, 2004

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS DAY A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/BY HAND.

DATE: 7/8/04  EAK