UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID WHITNEY, JAMES WILLEY, and JOHN MEDEIROS, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 25 and UNITED PARCEL SERVICE, INC. <br><br> Defendant | CIV. ACTION NO: 04-10420-GAO |

## MOTION FOR ADMISSION OF MICHAEL C. HARRINGTON PRO HAC VICE

Pursuant to Local Rule 83.5.3, I, Elizabeth A. Kowal, a member in good standing of this bar of this court who has appeared for Defendant United Parcel Service, Inc., move to admit Michael C. Harrington of the law firm of Murtha Cullina LLP, in Hartford Connecticut, *pro hac vice*, to practice before this court for purposes of this case. United Parcel Service, Inc. desires to have Attorney Harrington represent it in the case, with me serving as co-counsel. Filed herewith is an Affidavit by Attorney Harrington certifying that he is admitted to practice before the United States District Courts in Connecticut, that he is a member of the bar in good standing in each jurisdiction in which he is admitted to practice, that there are no disciplinary proceedings against him as member of the bar in any jurisdiction, and that he is familiar with the Local Rules of this Court.

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred about this motion with counsel for the Plaintiffs, who has advised me that he does not oppose this motion.

UNITED PARCEL SERVICE, INC.
By its attorney,

*Elizabeth A Kowal*
Elizabeth A. Kowal, BBO#646326
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000
ekowal@murthalaw.com

Dated: July 8, 2004

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT ON THIS DAY A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/BY HAND.
DATE: 7/8/04   EAK