UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID WHITNEY, JAMES WILLEY, and JOHN MEDEIROS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INTERNATIONAL BROTHERHOOD OF )<br>TEAMSTERS, LOCAL 25 and )<br>UNITED PARCEL SERVICE, INC. )<br>)<br>Defendant ) | CIV. ACTION NO: 04-10420-GAO |

### AFFIDAVIT OF MICHAEL C. HARRINGTON

I, Michael C. Harrington, being duly sworn, depose and say:

1. I am over eighteen years of age and believe in the obligations of an oath.

2. I am a partner of the law firm of Murtha Cullina LLP and am a resident of the law firm's Hartford office at CityPlace I, 185 Asylum Street, Hartford, Connecticut 06103-3469.

3. I am a member in good standing of the Bar of Connecticut since 1995 and have been admitted to practice before the United States District Court for the District of Connecticut since 1996. I have also been a member in good standing for the Bar of the Commonwealth of Massachusetts since February 14, 2003.

4. I am familiar with the Local Rules of the United States District Court of Massachusetts.

5. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice and am eligible to practice in courts there.

6. I am not currently suspended or disbarred in any jurisdiction; and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, nor against any member of my firm.

7. Murtha Cullina LLP has been appointed "Core Counsel" to United Parcel Service, Inc. As such, this firm has a special relationship with this client, who desires that I represent them in this case.

_____
Michael C. Harrington

Subscribed and sworn to before me this 7th day of July, 2004.

_____
Notary Public
My Commission Expires:

734757

MARGARET J. COLIN
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 2009