SCANNED
DATE 07/30/04
BY: SKY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No. 04-CV-10420-GAO

FILED
2004 JUL 30 P 12: 42
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| David Whitney, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>)<br>International Brotherhood of )<br>Teamsters, Local 25, )<br>United Parcel Services, )<br>    Defendants )<br>_____) | |

ASSENTED TO MOTION FOR MORE TIME TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS

Now comes the Plaintiff in the above named matter by assent of the Defendants requests additional time to file a responsive pleading with this Honorable Court. The Plaintiff requests up to, and including, August 20, 2004 to file a response to Defendants Motion to Dismiss.

Respectfully submitted,

For Plaintiff David Whitney,
By His Attorney,

_____
Joseph G. Donnellan, Esquire
BBO #558060
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

Assented to by:

For Defendant International Brotherhood
Of Teamsters, Local 25
By Their Attorney,

_____
Matthew E. Dwyer, Esquire
Dwyer, Duddy & Facklam
One Center Plaza
Boston, MA 02108
(617) 723-9777

Assented to by:

For Defendant United Parcel Services,
By Their Attorney,


_____
Elizabeth A. Kowal, Esquire
Murtha & Cullina, LLP
99 High Street
Boston, MA 02110
(617) 457-4000




### Certificate of Service

I hereby certify that I have served a true copy of the foregoing document upon each other attorney of record by mailing first class postage prepaid.


Dated: 7-29-04          _____