UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 AUG -4  P 5: 44

| | |
|---|---|
| DAVID WHITNEY, JAMES WILLEY, and JOHN MEDEIROS, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 25 ) ) ) | CIVIL ACTION NO. 04-10420-GAO |
| Defendant, ) ) | |
| and ) ) | |
| UNITED PARCEL SERVICE. INC., ) ) | |
| Defendant. ) ) | |

### DEFENDANT, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 25, MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12 (b)(6), Defendant International Brotherhood of Teamsters Local 25 (hereinafter, "Local 25" or "the Union") moves this Court to dismiss the Plaintiffs' claims against Local 25. Based on the Plaintiffs' allegations in their Complaint, Plaintiffs' action against Local 25 is untimely as the six-month statute of limitations for actions brought under Section 301 of the Labor Management Relations Act had expired prior to the time that the Plaintiffs filed suit. In addition, the Plaintiffs did not properly serve process upon Local 25. Furthermore, the Plaintiffs cannot state a claim that the Union breached its duty of fair representation based on the terms of a collective bargaining agreement that was ratified by the membership of the Union. Therefore, Local 25's motion should be granted and the suit against Local 25 should be dismissed.

2004 AUG -4 P 5: 44

Respectfully submitted,
Defendant,
**International Brotherhood of Teamsters, Local 25**
By its attorneys,

_____
Matthew E. Dwyer
BBO# 139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
One Center Plaza, Suite 360
Boston, MA  02108
617-723-9777

Date:  August 4, 2004
f:\l25\whitney (usdc)\pldg\motion.dismiss.doc:blg

### CERTIFICATE OF SERVICE

I, Matthew E. Dwyer, hereby certify that I sent a copy of the foregoing document with attachments, via first–class mail, to:

Joseph Donnellan
160 Gould Street, Suite 111
Needham, MA  02494
(781) 455-0707

Elizabeth Kowal
Murtha Cullina, LLP
99 High Street
Boston, MA  02110-2320

_____
Matthew E. Dwyer

Dated: August 4, 2004

2