UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-10420-GAO

| | |
|---|---|
| David Whitney, James Willey, and John Medeiros, Plaintiffs<br><br>v.<br><br>International Brotherhood of Teamsters, Local 25, United Parcel Services, Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ASSENTED-TO MOTION TO EXTEND TIME TO FILE A RESPONSE TO A RESPONSIVE PLEADING

Now come the Plaintiffs in the above named matter by assent of the Defendants and requests additional time to file a responsive pleading with this Honorable Court. The Plaintiffs request up to, and including, August 25, 2004 to file a response to Defendants' Motion to Dismiss.

Assented to by:

| | |
|---|---|
| For Defendant, International Brotherhood Of Teamsters, Local 25 By their attorney, | Respectfully submitted, By Plaintiffs' Attorney, |
| _____<br>Matthew E. Dwyer, Esquire<br>Dwyer, Duddy & Facklam<br>One Center Plaza<br>Boston, MA 02108<br>(617) 723-9777 | _____<br>Joseph G. Donnellan, Esquire<br>BBO #558060<br>Law Offices of Timothy M. Burke<br>160 Gould Street, Suite 111<br>Needham, MA 02494<br>(781) 455-0707 |

Assented to by:

For Defendant United Parcel Service, Inc.,
By their attorney,

_[signature]_
Elizabeth A. Kowal, Esquire
Murtha & Cullina, LLP
99 High Street
Boston, MA 02110
(617) 457-4000

## Certificate of Service

I hereby certify that I have served a true copy of the foregoing document upon each other attorney of record by mailing first class postage prepaid.

Dated: 8/26/04    _[signature]_