UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID WHITNEY, JAMES WILLEY, and ) <br> JOHN MEDEIROS, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> INTERNATIONAL BROTHERHOOD ) <br> OF TEAMSTERS, LOCAL 25 ) <br>   ) <br> Defendant, ) <br>   ) <br> and ) <br>   ) <br> UNITED PARCEL SERVICE. INC., ) <br>   ) <br> Defendant. ) | CIVIL ACTION <br> NO. 04-10420-GAO |

## DEFENDANT INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 25'S MOTION TO FILE REPLY MEMORANDUM

Defendant International Brotherhood of Teamsters, Local 25 (hereinafter, "Local 25"), by counsel and pursuant to Local Rule 7.1(B)(3), hereby requests leave of the Court to file a Reply Memorandum in response to Plaintiffs' Opposition to the Defendant's International Brotherhood of Teamsters, Local 25 Motion to Dismiss. In support thereof, Local 25 states the following:

1. The Plaintiffs, in their memorandum in opposition to the Defendant, Local 25's Motion to Dismiss contend, for the first time, that they first suffered harm in September 2003, and as such, their original Complaint was timely filed under DelCostello v. International Brotherhood of Teamsters, 462 U.S. 151, 169-171 (1983).

2. Plaintiffs' Opposition to the Defendant Local 25's Motion to Dismiss, dated August 25, 2004, raises an issue requiring a response by Local 25 on a central

    issue in this matter, to wit, the date of the accrual of the Plaintiffs' cause of action.

3. This motion is made in good faith and not for the purposes of obstruction or delay.

Wherefore, Defendant Local 25, respectfully requests leave of this Court to promptly file a Reply Memorandum in response to the Plaintiffs' Opposition to Defendant's International Brotherhood of Teamsters Local 25 Motion to Dismiss.

    Respectfully submitted,
Defendant,
**International Brotherhood of Teamsters, Local 25**
By its attorneys,

_____
Matthew E. Dwyer
BBO# 139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
One Center Plaza, Suite 360
Boston, MA  02108
617-723-9777

Date:   September 7, 2004

## **CERTIFICATE OF SERVICE**

I, Kathleen A. Pennini, hereby certify that I sent a copy of the foregoing document via first–class mail, to:

Joseph Donnellan
160 Gould Street, Suite 111
Needham, MA  02494
(781) 455-0707

Elizabeth Kowal
Murtha Cullina, LLP
99 High Street
Boston, MA  02110-2320

_____
Kathleen A. Pennini

Dated: September 7, 2004

f:\l25\whitney (usdc)\pldg\mot.file.reply.brf.doc:blg