UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID WHITNEY, JAMES WILLEY,   ]
and JOHN MEDEIROS,   ]
             Plaintiffs   ]
  ]
  ]   CIVIL ACTION NO. 04-10420-GAO
v.   ]
  ]
INTERNATIONAL BROTHERHOOD OF  ]
TEAMSTERS, LOCAL 25 and   ]
UNITED PARCEL SERVICE, INC.   ]
             Defendants   ]

**DEFENDANT, UNITED PARCEL SERVICE, INC.'S
MOTION FOR LEAVE TO FILE REPLY TO
PLAINTIFFS' OPPOSITION TO
UNITED PARCEL SERVICE, INC.'S MOTION TO DISMISS**

Pursuant to Local Rule 7.1(B)(3), the defendant United Parcel Service, Inc. moves

for leave to file its reply memorandum to *Plaintiffs' Opposition to the Defendant's,*

*United Parcel Services, Motion to Dismiss.*

UNITED PARCEL SERVICE, INC.
By its attorneys,

Michael C. Harrington, BBO #656144
(Pro Hac Vice pending)
Elizabeth A. Kowal, BBO#646326
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000
ekowal@murthalaw.com

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT ON THIS DAY A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/BY HAND.
DATE: 9/8/04

DATED: September 8, 2004

286109-1