UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID WHITNEY, JAMES WILLEY, and JOHN MEDEIROS,<br><br>    Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 25<br><br>    Defendant,<br><br>and<br><br>UNITED PARCEL SERVICE. INC.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 04-10420-GAO |

## JOINT MOTION FOR CONTINUANCE OF MOTION HEARING

Defendants, International Brotherhood of Teamsters, Local 25 and United Parcel Service, Inc., with the assent of the Plaintiffs, David Whitney, James Willey, and John Medeiros, by counsel, and pursuant to Local Rule 40.3, hereby request a continuance for the motion hearing scheduled for Monday, November 1, 2004. In support of this Motion, the parties state the following:

    1.    Counsel for the Defendant, International Brotherhood of Teamsters, is unavailable on November 1, 2004, due to a previously scheduled arbitration hearing;

    2.    Counsel for the Defendant, United Parcel Service, Inc., is unavailable on November 1, 2004 due to a previously scheduled arbitration hearing;

    3.    Counsel for the Defendant, International Brotherhood of Teamsters, Local 25 spoke with counsel for the Plaintiffs.

    4.    Counsel for the Plaintiffs assented to this motion;

5. The parties have made themselves available on the following days: Thursday, January 13, 2005 and Friday, January 14, 2005 for a hearing to be held in this matter.

6. This Motion was made in good faith and not for the purposes of obstruction or delay.

WHEREFORE, International Brotherhood of Teamsters, Local 25 and United Parcel Service, with the assent of the Plaintiffs, David Whitney, James Willey, and John Medeiros, request a continuation of the Motion hearing.

| | |
|---|---|
| For the Defendant,<br>**International Brotherhood of<br>Teamsters, Local 25**<br>By its attorneys, | For the Defendant,<br>**United Parcel Service, Inc.**<br>By its attorneys |
| /s/ Kathleen A. Pennini_____<br>Matthew E. Dwyer (BBO #139840)<br>Kathleen A. Pennini (BBO#654573)<br>Dwyer, Duddy and Facklam<br>One Center Plaza, Suite 360<br>Boston, MA  02108-1804<br>(617) 723-9777 | _/s/ Elizabeth Kowal_(kap)_____<br>Michael Harrington (BBO #656144)<br>Elizabeth Kowal (BBO#646326)<br>Murtha Culina, LLP<br>99 High Street<br>Boston, MA  02110<br>(617) 457-4000 |

Assented to by,
the Plaintiffs, David Whitney,
James Willey and John Medeiros,
By their attorney,

/s/ Joseph G. Donnellan (kap)_
Joseph G. Donnellan
BBO# 558060
160 Gould Street
Suite 111
Needham, MA  02494
(781) 455-0707

Date:   October 19, 2004

**CERTIFICATE OF SERVICE**

      I, Kathleen A. Pennini, hereby certify that I sent a copy of the foregoing document via first–class mail on October 20, 2004 to:

Joseph Donnellan
Law Offices of Timothy Burke
160 Gould Street, Suite 111
Needham, MA  02494

Michael Harrington
Murtha Cullina, LLP
City Place I
185 Asylum Street
Hartford, CT  06103-3469

Elizabeth Kowal
Murtha Cullina, LLP
99 High Street
Boston, MA  02110-2320

                                                    _/s/ Kathleen A. Pennini_
                                                    Kathleen A. Pennini

f:\l25\whitney (usdc)\pldg\mot.continue.mot.hr.mot.dismiss.doc:blg