UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__DAVID WHITNEY, ET AL__
        Plaintiff(s)

v.                                    CIVIL ACTION NO. __04-10420-GAO__

__INTERNATIONAL BROTHERHOOD OF TEAMSTERS, ET AL__
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

__O'TOOLE__, D.J.

**G**  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

after oral argument on January 13, 2005, the court GRANTS the defendant's motions to dismiss (#8,#10,#16). The action is dismissed as untimely.

        TONY ANASTAS,
        CLERK OF COURT

Dated: __1/13/05__                    By __Paul S. Lyness__
                                                                   Deputy Clerk