UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14 A 11: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

DAVID WHITNEY

V.

INTERNATIONAL BROTHERHOOD
OF TEAMSTERS, LOCAL 25
AND UNITED PARCEL SERVICE

CIVIL ACTION NO. 04-10420-GAO

## PLAINTIFF NOTICE OF APPEAL

DAVID WHITNEY HEREBY FILES THIS NOTICE OF APPEAL FOR JUDGEMENT IN THE CIVIL CASE ON JANUARY 13, 2005 WHEREBY THE ACTION WAS DISMISSED AS UNTIMELY

THE PLAINTIFF HEREBY REQUEST THIS COURT ACCEPT THIS TIMELY NOTICE IN THE REGULAR MANNER.

RESPECTFULLY SUBMITTED,

David Whitney
DAVID WHITNEY

CERTIFICATE OF ~~SERVICE~~

~~FILED IN CLERKS OFFICE~~

2005 FEB 14 A 11:15
U.S. DISTRICT COURT
DISTRICT OF MASS.

I, DAVID WHITNEY, HEREBY SWEAR THAT I HAVE SERVED A COPY OF THE ATTACHED NOTICE OF APPEAL UPON THE UNITED STATES DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MA 02210 ON THIS ~~DAY~~ 14th DAY OF FEBRUARY, 2005 IN PERSON.

*David Whitney*
DAVID WHITNEY