**MANDATE**

# United States Court of Appeals
## For the First Circuit

*04-10420*

No. 05-1229

*J. O'Toole, Jr.*

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date:  MAY 3 1 2005

DAVID WHITNEY,
Plaintiff - Appellant,

JOHN MEDEIROS; JAMES WILLEY
Plaintiffs

v.

UNITED PARCEL SERVICE; INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, LOCAL 25
Defendants - Appellees.

---

### JUDGMENT
Entered: May 10, 2005

By notice issued 4/19/05, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by 5/3/05, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

By the Court:
Richard Cushing Donovan, Clerk

By:_____
Operations Manager

[cc: Messrs. Whitney, Donnelan, Harrington, Dwyer, Ms. Pennini & Ms. Kowal]